UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY STUCKEY,

        Plaintiff(s),

  v.

RALSTON M. LUCAS, ET AL.,

        Defendant(s).

Case No. C11-05196 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

Following a further case management conference held on **June 28, 2012,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file a request for entry of default from the clerk by July 13, 2012[1].

2. A further case management conference is set for **July 13, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: July 2, 2012

                                            _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge

---

[1] Court notes that Mr. Stuckey filed a Request for Entry of Default on June 27, 2012