IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY STUCKEY, et al.,

      Plaintiffs,

  v.

LUCAS, et al.,

      Defendants.

No. C 11-05196 SI

**JUDGMENT**

This action is dismissed with prejudice for failure to state a claim. Judgment is entered accordingly.

Dated: November 27, 2012

_____
SUSAN ILLSTON
United States District Judge