IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STUCKEY, et al.,

        Plaintiffs,

  v.

LUCAS, et al.,

        Defendants.

No. C 11-05196 SI

**ORDER RE: PENDING MOTIONS**

On November 27, 2012, the Court dismissed plaintiffs' complaint for failure to state a claim, with prejudice. That same day, the Court also entered judgment against plaintiff in accordance with that dismissal. Therefore, the Court will not entertain defendants' or plaintiffs' additional motions because they are moot. This Order resolves Docket Nos. 62, 64, 65, 66 and 67.

**IT IS SO ORDERED.**

Dated: December 17, 2012

SUSAN ILLSTON
United States District Judge